IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FERNANDO RODRIGUEZ,

    Plaintiff,                                       CASE NO.: 21-20032-Civ-Scola

vs.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT INTERIM STATUS REPORT

Plaintiff, FERNANDO RODRIGUEZ, and Defendant, WESTERN WORLD INSURANCE COMPANY ("the Parties"), by and through their respective counsel, file this Joint Interim Status Report, in compliance with the Court's Scheduling Order [Doc. 14], and state as follows:

**1. Have all the defendants been served and answered the complaint?**

The Parties agree that WESTERN WORLD INSURANCE COMPANY is the only defendant, and WESTERN WORLD INSURANCE COMPANY answered the complaint after this action was removed. *See* Doc. 5.

**2. If this is a class action, has a motion for class certification been filed?**

Not applicable.

**3. If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline?**

The Parties agree that discovery is not closed at this time. The Parties have agreed to conduct discovery and resolve all disputes in good faith. Since the Court's filing of its Scheduling Order, the Parties have been diligently working to facilitate the dissemination of all discovery.

**4.    Are there any motions or discovery disputes pending?**

The Parties agree that there are currently no pending motions or discovery disputes.

**5.    Have the parties filed their Notice of Selection of Mediator?**

Yes, the Parties have selected Frank J. Allocca, Esq. as their Mediator.

**6.    Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff completed the form Order Scheduling Mediation and submitted it to the Court?**

Yes, the Parties have agreed to September 16, 2021, at 10:00 am, via Zoom, as the date and time for mediation.

**7.    Have the parties engaged in informal settlement negotiations?**

There have been settlement negotiations; however, an agreed upon resolution has not been reached at this time. The Parties agree to continue to discuss a potential resolution.

**8.    If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?**

The Parties agree that trial in this case will take no more than five days. However, the Parties do not consent to trial before a U.S. Magistrate Judge.

Respectfully submitted on: ___6/3/2021_____

| TABARES LAW, P.A. | BUTLER WEIHMULLER KATZ CRAIG LLP |
|---|---|
| /s/ Sandy Angel Soto, Esq. | /s/ Troy J. Seibert, Esq. |
| **SANDY-ANGEL SOTO, ESQ.** | **TROY J. SEIBERT, ESQ.** |
| Florida Bar No.: 0043191 | Florida Bar No.: 0084668 |
| sangel@tabareslaw.com | tseibert@butler.legal |
| **JASIEL TABARES, ESQ.** | **VINCENT A. FERNANDEZ, ESQ.** |
| Florida Bar No.: 0095764 | Florida Bar No.: 1004601 |
| jtabares@tabareslaw.com | vfernandez@butler.legal |
| 12150 SW 128 Court, Suite 131 | Secondary:    msmalls@butler.legal |
| Miami, FL 33186 | srivera@butler.legal |
| Telephone:   (786) 478-6561 | 400 N. Ashley Drive, Suite 2300 |
| *Attorney for Plaintiff,* | Tampa, Florida   33602 |
| *Fernando Rodriguez* | Telephone:    (813) 281-1900 |
| | Facsimile:    (813) 281-0900 |
| | *Attorneys for Defendant,* |
| | *Western World Insurance Company* |