United States District Court
for the
Southern District of Florida

| Fernando Rodriguez, Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 21-20032-Civ-Scola |
| | ) | |
| Western World Insurance Company, Defendant. | ) | |

## Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Defendant Western World Insurance Company's motion for attorney's fees and costs and motion to stay proceedings. (ECF Nos. 6, 11.) In its motion, the Defendant seeks an award of attorney's fees and costs incurred in a prior lawsuit that Plaintiff Fernando Rodriguez voluntarily dismissed, and Defendant requests the Court to stay this case until those fees and costs are paid pursuant to Fed. R. Civ. P. 41(d). On May 11, 2021, Judge Torres issued a report, recommending that the Court grant the motion in part and deny it in part. (ECF No. 18.) Judge Torres recommended that the Court award the Defendant attorney's fees and costs associated with an earlier and identical action pursuant to Fed. R. Civ. P. 41(d;) and, he recommended that the request for a stay to be denied. (ECF No. 18.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 18**) and **grants in part and denies in part** the Defendant's motion (**ECF No. 6**). Consistent with the report the Defendant may seek attorney's fees and costs associated with the earlier action upon resolution of the subject action.

**Done and ordered** at Miami, Florida on June 28, 2021.

_____
Robert N. Scola, Jr.
United States District Judge